| | |
|---|---|
| **From:** | kurt benshoof <kurtbenshoof@gmail.com> |
| **Sent:** | Friday, September 9, 2022 4:25 PM |
| **To:** | WAWDdb_NewCasesSea |
| **Subject:** | Claim for Damages §§ 1982; 1983; 1985(2)(3); 1986, Pet. Declaratory Judgment, Injunctive Relief |
| **Attachments:** | COVER SHEET.pdf; 1983---signature page.pdf; 2022-9-9---1983---PARENTAL RIGHTS 202pm.pdf |

**Categories:**

**CAUTION - EXTERNAL:**

Hello!

I added the signature page scan for my Claim so that the court had an actual ink signature page, but couldn't figure out how to insert that into the actual Claim .pdf document.  Hope that isn't too confusing.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.