**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

September 13, 2022

Kurt A Benshoof
1716 N 128TH ST
SEATTLE, WA 98133

Your civil action *Benshoof v. Fauci et al* was filed in the U.S. District Clerk's office at Seattle on September 9, 2022.

Your case has been assigned Case Number **2:22−cv−01281−LK,** and has been assigned to Judge Lauren King, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file