UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF,<br><br>              Plaintiff,<br><br>  v.<br><br>ANTHONY FAUCI, *et al.*,<br><br>             Defendants. | CASE NO. C22-1281-LK<br><br>ORDER OF DISMISSAL |

       This matter comes before the Court sua sponte. On September 26, 2022, the Court ordered Mr. Benshoof to show cause why this case should not be dismissed without prejudice for lack of subject matter jurisdiction and failure to state a claim, among other reasons. Dkt. No. 5 at 4–5, 7. It warned Mr. Benshoof that it would dismiss this case if he failed to file an amended complaint within 30 days. *Id.* at 7. Having received no response, the Court now DISMISSES the case without prejudice.

       The Clerk is directed to send uncertified copies of this Order to Mr. Benshoof at his last known address.

ORDER OF DISMISSAL - 1

1 | Dated this 31st day of October, 2022.

_Lauren King_
Lauren King
United States District Judge

ORDER OF DISMISSAL - 2